# IN THE UNITED STATES DISTRICT COURT FOR MARYLAND SOUTHERN DIVISION

| | |
|---|---|
| Ms. Shawnte' Anne Levy, legally female under law. Md. Vital Records File No.: 1960-30-28351., Pro Se, Plaintiff (Inmate): #416369. of North Branch Correctional Institution, <br><br> VS. <br><br> Robert L. Green, Secretary for State of Maryland Department of Public Safety and Correctional Services, is sued in his official capacity Defendant, et al, and DOES 1-25, Defendants. | MOTION FOR LEAVE TO AMEND COMPLAINT <br><br> CASE No.: 8:18-CV-01291-TDC. <br><br>  <br> OCT 15 2019 <br> AT GREENBELT <br> CLERK U.S. DISTRICT COURT <br> DISTRICT OF MARYLAND <br> BY_____ DEPUTY |

* * * * * * * * * * * * * * * * * *

Before the Honourable Court is Plaintiff, at all times relevant to this complaint legally a female, Ms. Levy Motion for leave to amend Complaint, Plaintiff Levy for her complaint against Defendants Robert L. Green, Pat Goins-Johnson, J. Michael Zeigler, Randall S. Nero, Christopher Kraft, Keefe Commissary Network, and Does 1-25, alleges as follows:

LEAVE TO AMENDED COMPLAINT

1.

Case: 8:18-CV-01291-TDC

# NATURE OF THIS ACTION

I.

1. Plaintiff is now, and was at all times relevant to this case, a female who is a citizen of Maryland brings this civil rights action under U.S.C. 42 §1983 to seek prospective injunctive relief. Cf. leave to amend complint, based upon the Defendants' ongoing deliberate indifference to her diagnosed serious medical needs failure to provide medical sex reassignment surgery violated womans' rights to adequate medical care under the Eighth Amendment and Fourteenth Amendment to United States Constitution, and Maryland Constitution Article 46, rights secured by the Constitutions. And failure to provide access to female specific dress clothing and make-up & female specific hair brush, and housed in female correctional instution in violation of rights Md. Article 46. and United States Constitution Fourteenth Amendment rights guarantee, and address the merits.

## PARTIES

2. Plaintiff is now, and was at all times relevant to this case, a female whos legal sex is female, female citizen of Maryland currently housed in administrative segregation, locked down 23 hours a day, shower nights she is locked down 23½ hours a day, she is not allow to go out side or to the gym, never allow to attend the library, Plaintiff Ms. Levy is handcuffed daily behind her back, and placed in chains and handcuffed to go to the medical room, once the state legally recognized her as female January 5, 2018, Plaintiff was placed in administrative segergation by Security Chief for North Branch Correctional Institution William Bohrer...

LEAVE TO AMENDED COMPLAINT

2.

16 There was multi unclear reason why Plaintiff Ms. Levy was placed in administrative Segregation[17], January 11, 2018 Plaintiff was recommend for the third time for Sex reassignment Surgery[18] by licence trained Endocrinology physician(s) at[19] University of Maryland Hospital Baltimore correctional Clinical[20] Contracted with (DPSCS) facilies.[21] Why is Plaintiff Ms. Levy treated differently then Other female serving a sentence[22], female Citizen of Maryland,[23] Plaintiff continues to suffer deep anxiety and distress as a result of the discrepancy between her legal female gender identity and her remaining Male sex charateristics,[24] including Male genitalia,[25] Plaintiff Mental anguish is intensified by the fact - repeatedly established in her Medical records- that Plaintiff has been taking female hormone therapy since 2014[26], yet is being forced to live every Minute of every day in a body with Male genitalia that does not match her legal female gender identity or Match her deeply rooted female identity,[27] Causing her extreme distress, including suicidal ideation and repeated efforts at self castration.

3.   [28]Upon information and belief, Defendant Robert L. Green is a resident of Maryland. Since his appointment by Governor Larry Hogan early 2019, Green has served as Secretary of the DPSCS. In his position as Secretary, Green has ultimate responsibility and authority for the DPSCS,[29] including the administration of health care and the execution of policies governing medical care, and Maryland Correctional Enterprise (MCE) female clothing, Commissary.

4. [30]Upon information and belief, Pat Goins-Johnson is a resident of Maryland. Upon information and belief, at all relevant times, Pat Goins-Johnson was an agent or employee of the DPSCS-Medical Evaluations Manual for Surgery, female and transgender health care, chronic care.[31] She is responsible authority for "Revised" Policy: Treatment and Correctional Management of an Inmate Diagnosed with Gender Dysphoria, Directive "OPS.131.0001 with the DPSCS-Title: Executive Director Field Support Services for State Wide field support services for females, transgender & Gender Dysphoria Chronic Care Needs &[32] MEMs with the authority to grant or deny the relief recommended by endocriology, and assigning female housing. Upon information and belief, Pat Goins-Johnson is currently has not been seen by people in correction.

5. [33]Upon information and belief, J. Michael Zeigler is a resident of Maryland. Upon information and belief, at all relevant times, J. Michael Zeigler was an agent or employee of the DPSCS-Operations and Management[34] Medical Policy, Treatment and Correctional Management of an Inmate Diagnosed with Gender Dysphoria, Directive "OPS.131.0001", female property, Directive "OPS.220.0004,[35] female catalog order and Keefe Commissary female orders, women within catalog orders for females, transfer and housing with the DPSCS-Title:[36] Deputy Secretary for Operation with the authority to grant or deny the relief for Surgery, female dress clothing, make-up and female housing, Maryland Correctional Enterprise female supplies. By failing to provide SRS to Plaintiff while incarcerated, Defendants have deprived Plaintiff of her right to equal protection of the laws guaranteed by the Fourteenth Amendment to the United States Constitution and by Maryland Constitution Article 46

LEAVE TO AMENDED COMPLAINT

4.

6. [37] Upon information and belief, Randall S. Nero is a resident of Maryland. Upon information and belief, at all relevant times, [38] Randall S. Nero was Director of DPSCS Mental Health Inmate Services, and Director of DPSCS Gender Dysphoria Committee with the authority to grant or deny the relief in Complaints.

7. [39] Upon information and belief, Christopher Kraft is a resident of Maryland. Upon information and belief, at all relevant times, [40] Christopher Kraft is from Johns Hopkins, [41] from information available it is unclear which branch of Johns Hopkin Christopher Kraft is from, [42] Johns Hospital, [43] Johns Hospital Psyosexual Disorders Clinic, Johns Hopkins Health Care, or [44] Johns Hopkins Bayview Medical Center satellite facility, [45] Christopher Kraft contracts with DPSCS to provide treatment of inmates diagnosed suffering with gender dysphoria, [46] with authority to delay, grant or deny the relief in complaints, [47] Christopher Kraft is a Member of DPSCS-Gender Dysphoria Committee.

8. [48] Upon information and belief, Keefe Commissary Network is a corporation with public shareholders based in St. Louis. [49] Upon information and belief, at all relevant times, Keefe Commissary Network was a commissary and —— catalog provider for DPSCS. [50] Keefe Commissary Network has contracted with DPSCS since 2013 [51] providering for female and male inmates, Keefe Commissary Network with authority to deny, withhold grant the relief in complaints.

9. [52] Does 1-25 are unnamed agents or employees of DPSCS that participated in the decision to deny Plaintiff access to dress clothing, Cosmetics, female hair brush, female hygiene items, pantiliners, items available to inmates housed at Womens Detention Center (WDC), Maryland Correctional Institution Women (MCI-W) Segregation and Protective Custody Women and adequate Medical Care[53], including Medical Sex reassignment surgery.

## JURISDICTION

10. [54] This Court has jurisdiction over the claims pursuant to 42 U.S.C. §§ 1331 and 1343(a)(3).

11. [55] Venue is appropriate in this judicial district pursuant to 42 U.S.C. § 1391(b)(2), as a substantial part of the events giving rise to the claim occurred in the [56] Southern District of Maryland.

II.

## FACTUAL BACKROUND

12. [57] "Gender Identity Disorder (GID), more commonly known as transsexualism, is a condition recognized in the Diagnostic and Statistical Manual of Mental Disorder, (DSM-IV, 1994,[58] DSM-V, 2013 (GID) referred gender dysphoria (GD) and [59] DSM-IV-TR, 2000, by the American Psychiatric Association. Transsexualism is recognized in the ICD classification of Mental and Behavioural Disorders, tenth revision, endorsed by [60] the Forty-third World Health Assembly in May 1990, and came into use in WHO Member states of 1994 [61] (GID) (at F.64) including transsexualism (at F.64.0) many people who experience dissonance between their sex as assigned at birth and their gender identity.

## III. DEFENDANTS FAILURE TO PROVIDE MEDICAL SEX REASSIGNMENT SURGERY TO PLAINTIFF ACCESS TO PERSONAL ITEMS AND TRANSFER TO FEMALE PRISON

13. [62] Dr. Lauren Brooks, MD, Endocrinologist at University of Maryland Hospital Baltimore "UMMC", 11/10/2016 examine Plaintiff Ms. Levy for continue genital mutilation and genital inguinal hernia. [63] Dr. Lauren Brooks wrote recommendations to DPSCS-Clinical Services & Inmate Health Dr. Randall S. Nero Gender Dysphoria Committee. [64] Please refer patient Ms. Shawnte' Anne Levy to Urology to be evaluate inguinal hernia, Orchiectomy for assessment and treatment. [65] Plaintiff Ms. Levy patient "UMMC" Number: MR#0000249181, [66] Upon information and belief, allegedly Plaintiff Ms. Levy "UMMC" patient number was changed to hide Dr. Lauren Brooks recommendations for Patient/Plaintiff Ms. Levy's gender dysphoria medical treatment from this Court [67] Levy V. Wexford, TDC-14-3678, U.S. 2016.

14. [68] DPSCS-Clinical Services & Inmate Health Dr. Randall S. Nero Gender Dysphoria Committee, Defendant Dr. Nero allegedly directed [69] MHM Contractor Mental health Counsellor Bruce Liller, for [70] Plaintiff Ms. Levy to UNSEAL CONFIDENTIAL PSYCHIATRIC RECORDS before doing Sex reassignment surgery Orchiectomy & hernia Surgery. See. Levy V. Wexford Health Source, INC. (ECF 72, ECF 73) TDC-14-3678, U.S. 2016 (November 23, 2016). [71] Also see Attached Standards of Care Page 57, Sex reassignment surgery "Orchiectomy" adequate (GD) treatment. Exhibit (1a). [72] Plaintiff Ms. Levy never received any surgery, she continue to suffer in pain.

15. [73] DPSCS-Clinical Services & Inmate Health Defendant Dr. Randall S. Nero Gender Dysphoria Committee, Upon information and belief, allegedly Dr. Nero, on 4/27/2017 sent Plaintiff Ms. Levy back to "UMMC" [74] to see a different Endocrinologist to rule against Dr. Lauren Brooks recomendation for Plaintiff Ms. Levy to receive Orchiectomy Sex reassignment Surgery 11/10/2016, [75] Plaintiff Ms. Levy was seen at "UMMC" under New patient Number (MRN#3000081747) Dr. David L. Levitt, MD, diagnosed Plaintiff Ms. Levy with Gender Identity Disorder (F64.0) Female Transgender, further diagnosed Ms. Levy with Hormonal imbalance in transgender patient (E34.9, F64.0). [76] Physical examination Dr. David L. Levitt and Dr. Kristi D. Silver, MD recommendated "Their was No Medical Contraindication for Levy to receive "Orchiectomy", [77] DPSCS-Policy "OPS.131.0001" treatment for gender dysphoria States: If a treatment recommendation is made that potentially presents significant Security, Safety, Operational issues at the facility (BMH) Shall refer to Executive Director, Field Support Services for DPSCS. [78] Plaintiff Ms. Levy Never heard from Field Support services about Surgery. See Attach Exhibit (1b) Page 10, OPS.131.0001.

16. [79] Upon information and belief, July 23, 2017 Defendants Dr. Randall S. Nero, Defendant Dr. Christopher Kraft, and MHM-Contractor Bruce Liller, [80] Visit Plaintiff Ms. Levy and Defendant Dr. Christoper Kraft Met in former Lauren Wilson office for 58 Minutes, which Dr. Christoper Kraft would not talk to Ms. Levy about Sex reassignment Surgery [81], Dr. Christoper Kraft wanted Plaintiff Ms. Levy to wear a MALE COMPRESSION UNDERGARMENT [82], to change her mind about (SRS) There is NO Medical evidence a WOMAN is to wear a MALE

8.    LEAVE TO AMENDED COMPLAINT

16. (Continue) ...Compression undergarment,[83] Dr. Christoper Kraft removed Sex reassignment surgery to adequatel treat Ms. Levy gender dysphoria — female transgerderism,[84] Dr. Christoper Kraft indirectly put a allegedly "Freeze Frame" on Plaintiff Ms.Levy transgerder health care & gender dysphoria treatment.

17. [85]August 2017 MHM-Counsellor Bruce Liller informed Plaintiff Ms. Levy that she is NOT being transfer to Women Prison (MCI-W) [86]"no one likes you",[87] they hate you,[88] Bruce Liller then said North Branch Correctional is not for you,[89] I tried to get you transfer to Jessup DPSCS-Mental Health Unit but every one is fearful of taking a chance.[90] That is discriminatory of the basis sex and class and place onerous, significant barriers and freeze frame gender affirming housing and adequate female health care.

18. [91]Levy v. Wexford Health Sources, INC., Case: TDC 14-3678. See ECF No.1. Plaintiff never received female Dress clothing or female Make-up, upon information and belief, allegedly DPSCS J. Michael Zeigler Deputy Secretary of Operations and Management olny approved female undergarments to purchase from Keefe Commissary Network. ECF No.63.[92] Upon information and belief, fact, allegedly Supply Custody Clothing & Commissary Sgt. Salonish was allegedly told NOT to supply female dress clothing to Plaintiff Ms. Levy from Supplier of female Clothing Maryland Correctional Enterprise (MCE) Plaintiff Ms. Levy filed complaint #NBCI-2658-16 (Deny)[93] Ms. Levy appealed to Deputy Commissioner Carolyn Scruggs appeal[94]#NBCI 0245-17(Deny) Plaintiff appeal to the IGO (Never received a response).

9.      LEAVE TO AMENDED COMPLAINT

## IV. PLAINTIFF LEGAL FEMALE CITIZENSHIP

19. [94] <u>January 5th, 2018</u>, Circuit Court Allegany County Maryland Court Order Plaintiff Ms. Levy Sex designation Changed from Male to female, [95] Md. Dept. Health and Mental Hygiene issued her a New birth Certificate. File #1960-30-28351. Showing Plaintiff legal sex female. <u>See</u>. Attached Court Order Exhibit (2A).

### UMMC

20. [96] <u>January 11, 2018</u>, University of Maryland Hospital Endocrinology Clinic, [97] Dr. Rana Malek, MD, Endocrinology Transgender Health Care doctor & Dr. Lauren Brooks, MD, Endocrinology Transgender Health Care doctor concur with Dr. Levitt diagnosis for Plaintiff Ms. Levy (GID-F64.0) and Suffering (Hormone imbalance - E34.9, F64.0.), [98] Assessment & Treatment Plan Page 3 & 4 Dr. Lauren Brooks and Dr. Rana Malek Support gender affirming surgery to treat Plaintiff Ms. Levy gender dysphoria.

## V. ONGOING DEPRIVATION OF GENDER AFFIRMING TREATMENT, DEPRIVATION OF FEMALE RIGHTS

21. [99] Upon information and belief, DPSCS - Office of the Secretary former Stephen Moyer and Defendant Robert L. Green, [100] approved female dress Clothing for Plaintiff Ms. Levy, <u>September 5, 2018</u>, the Memo clearly Stated Clothing [101] (<u>NO</u> refference to unnisex) which based upon information and belief, allegedly [102] Maryland Correctional Enterprise issue a small veriety of female dress Clothing based on female housing assignment, female work assignment, female assigned institution. <u>See Exhibit (3A)</u>. Plaintiff Never received female clothing.

LEAVE TO AMENDED COMPLAINT

10.

25. [116] July 18, 2019 Plaintiff was taken to NBCI-SSB-Medical room awaiting" TeleMedical communication on Monitor with University of Maryland Baltimore Urology, [117] Urology Telemedical communication was then reschedule. A physical examine of Plaintiff Ms. Levy genitalia reveal, [118] She still repeated efforts at self-castration Nurse. Holly Pierce and female doctor Name only (▷) voiced [119] for Plaintiff Ms. Levy to stop cutting her genitalia. Nurse. Holly Pierce checked Plaintiff Ms. Levy body weight 197.2.

26. [120] August 29, 2019 Plaintiff Ms. Levy suffering with severe pain between her legs, her hernia was causing the pain and swelling Plaintiff had to use a wheelchair that day. [121] Nurse. Holly Pierce and Plaintiff Ms. Levy at NBCI-SSB-Medical room on Telemedical Communication monitor with Urology at University of Maryland Baltimore, then the Monitor cutoff, [122] RN-Medical Supervisor William Beeman wrote, Plaintiff will be reschedule soon

27. [123] Make no mistake Plaintiff was recommended to Urology by "UMMC" Dr. Lauren Brooks on 11/10/2016 for Sex reassignment Surgery Orchiectomy and hernia, patient progress Note No.: MR#0000249181. [124] Clearly DPSCS-Robert L. Green, Secretary, et al, deliberately indifferent to Plaintiff Ms. Levy serious medical needs. [125] Plaintiff continues to suffer deep anxiety and distress as a result of the discrepancy between her legal female gender, her female gender identity and her remaining male sex characteristics, Plaintiff Ms. Levy is being forced to live every minute of every day in a body with male genitalia that does not match her legal female gender, her female gender identity, causing her extreme distress, suicidal ideation.

22. [103] <u>January 10th, 2019</u>, Defendant J. Michael Zeigler Sent out <u>MEMO</u> to Warden Frank Bishop, Plaintiff Ms. Levy is approved for same female clothing and female commissary access as other female inmates. <u>See</u> Attached Exhibit (3B). Plaintiff Levy never received female Dress clothing as other females.

23. [104] <u>See</u> Exhibit (4A) Keefe Commissary Network - Cumberland Services continue to deny Plaintiff order for [105] womens hair brush. item # 0811. 5/15/2019. Dr. Nero approved the female hair brush for Plaintiff. [106] Plaintiff order was deny by Keefe Commissary for female hair brush. item # 0811. 6/18/2019. <u>See</u> Exhibit (4B). [107] Plaintiff order for womens hair brush # 0811 was deny [108] womens Mascara. item # 0910 was deny. [109] Plaintiff order for womens lipstick was deny. item # 5331. 9/19/2019 by Keefe Commissary Network. <u>See</u>. Exhibit (4C). [110] Why is Plaintiff Ms. Levy treated differently then other females and deny due process of law.

24. [111] <u>May 23, 2019</u> Plaintiff Ms. Levy was seen at University of Maryland Hospital Baltimore Endocrinology Clinic. [112] She was examine by a Specialist allegedly from (VA [113] Hospital) who was very concern for Plaintiff Ms. Levy physical health, the doctor recommended for Plaintiff Ms. Levy [114] <u>be referred to Urology for Sex reassignment surgery and genital hernia</u>, Plaintiff Ms. Levy is diagnosed with [115] (Hormonal Imbalance - E34.9. F64.0) along with (gender identity disorder - F64.0) Hormonal Imbalance needs to be treated the Specialist Doctor stated. By failing to provide SRS to Plaintiff while incarcerated Defendants have deprived Plaintiff of her right to Medically Necessary treatment guaranteed by the Eighth Amendment to the United States Constitution. Md. Cost. Art. 46.

11. LEAVE TO AMENDED COMPLAINT

25. [116] Upon information and belief, allegedly Executive Director Field Support Services Defendant Pat Goins-Johnson made no plan to transfer Plaintiff to female DPSCS facility → despite Plaintiff female citizenship, female legal status [117] despite the fact policy for Special Housing Section 18, allows for Plaintiff to be placed in alternative housing consistent with the rule of laws for her being a female. Defendant has deprived Plaintiff of her right to equal [118] protection of the laws article 46 of Maryland Constitution and equal protection of the laws of the Fourteenth Amendment to the United States Constitution.

## COUNT ONE

Violation of 42 U.S.C. § 1983 Based upon Deprivation of Eighth Amendment Rights Resulting from Failure to Provide Medically Necessary Surgery, Violation of Md Article 46 female rights to Surgery female citizen

26. Plaintiff repeats and realleges the allegations of Paragraphs #1 through #25 as if fully set forth herein.

27. Plaintiff has been diagnosed with the serious medical condition of gender dysphoria, hormonal imbalance, hernia which, despite more than four years of feminizing hormone therapy, no treatment adequately for hormonal imbalance, no treatment for genitalia hernia, continues to cause Plaintiff serious mental distress, serious physical distress, and requires treatment in the form of SRS as prescribed by "UMMC" Endocrinologist, Dr. Lauren Brooks 2x, Endocrinologist, Dr. Rana Malek, Endocrinologist, Dr. David L. Levitt and Endocrinologist, Dr. Kristi Silver and supported by Plaintiffs' medical records and prevailing medical standards of care. Exhibit (1a).

13. LEAVE TO AMENDED COMPLAINT

28. Each Defendant - acting in his/her official capacity and under color of State law - was and remains deliberately indifferent to Plaintiff's Medical Need for SRS. Each Defendant knew of Plaintiff's serious medical need for SRS and disregarded Plaintiff's Need and failed to take any reasonable Measures to address Plaintiff's continued pain and suffering resulting from her gender dysphoria. The deliberate indifference of each Defendant is further demonstrated by that Defendants unreasonable reliance on his/her own conclusions or those of other non specialized individuals rather than the conclusions and recommendations of a health care professional with sufficient training and experience in the treatment of females with gender dysphoria.

29. Plaintiff's mental anguish and severe anxiety intensified by the fact, She legally and effectively living the life of a WOMAN in a Male prison, 23→ hours in administrative segregation resulting from legally being a female.

30. By failing to provide SRS to Plaintiff while incarcerated, Defendants have deprived Plaintiff of her right to Medically Necessary treatment guaranteed by the Eighth Amendment to the United States Constitution and Article 46 Maryland Constitution

## COUNT TWO

Violation of 42 U.S.C. § 1983 Based Upon Deprivation of Fourteenth Amendment Right to Equal Protection By Refusing Plaintiff (SRS) on The Basis of Gender, Transgender Status and Female Citizenship

CONTINUE Next page

14. LEAVE TO AMENDED COMPLAINT

31. Plaintiff repeats and realleges the allegation of Paragraphs #1 through 30 as if fully set forth herein.

32. Department of Public Safety and Correctional Services (DPSCS) Title: Identification, Treatment and Correctional Management of an Inmate Diagnosed Gender Dysphoria, Executive Directive (OPS.131.0001) Section (I). Article #3 Subarticle #4. identifies Deputy Secretary for Operations to, Deny, Delay [s]urgery Medically Necessary to adequately treat gender dysphoria, as prescribes by physician (SRS) Vaginoplasty, Orchiectomy, female citizen-inmate to deny her genitalia surgery. Plaintiffs' genitalia is Medically Unfit.

33. OPS.131.0001 § Section (I). Article #3 of Subarticle #4 is facially discriminatory against physician prescribes (SRS) Surgery for orchiectomy, vaginoplasty and female inmate-citizen genitalia surgery, by establishing onerous, significant barriers that have the effect of barring a female from obtaining vaginoplasty, orchiectomy or castration even when, as here, is medically necessary.

34. The difference in treatment between females, transgender females does not further any important government interest in a way that is substantially related to that interest; nor is it rationally related to any legitimate government interest. Forcing her to live every minute of every day in a body with Male genitalia that does not match her legal female sex or her female gender identity. Further by failing to provide (SRS) to Plaintiff who is legally a female while incarcerated, Defendants have deprived Plaintiff of her right to equal protection of the laws guaranteed by the Fourteenth Amendment to the United States Constitution.

LEAVE TO AMENDED COMPLAINT
15.

## COUNT THREE

Violation of 42 U.S.C. § 1983 Based upon Deprivation of Fourteenth Amendment Right to Equal Protection, Violation of Article 46 Based upon Deprivation of Female Right to Equal Protection of law By Refusing Plaintiff Physical Access to Personal Items Approved And Available to Inmates In Female Institutions on The Basis of Gender And Transgender Status And Female Status

35. Plaintiff repeats and realleges of Paragraphs #1 through 34 as if fully set forth herein.

36. Keefe Commissary Network for DPSCS by Defendants, discriminates against Plaintiff who is legally a female by refusing access to cosmetic, and hygiene items that are approved by DPSCS for Plaintiff available to other female inmates. Keefe Commissary Network singles out Plaintiff, have onerous significant barriers to obtaining these products, which would enhance her ability to function comfortably as other females.

37. Similarly situated females receive access to clothing cut for female with hips or large breasts, Plaintiff is deny access to these type of clothing by Maryland Correctional Enterprise, causing irreparable harm to Plaintiff, including severe anxiety and distress and this discrimination further encourages the mistreatment of and discrimination against Plaintiff in other contexts and by other persons. By failing to provide access to these pre-approved special purchase items to Plaintiff while incarcerated and access to order from ~~~~ Women within Catalog, Defendants have deprived Plaintiff of her right to equal protection of laws guaranteed by ...

16. LEAVE TO AMENDED COMPLAINT

... Fourteenth Amendment to the United States Constitution. Md. Const. Art. 46.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendants Robert L. Green, Pat Goins-Johnson, J. Michael Zeigler, Randall S. Nero, Christopher Kraft, Keefe Commissary Network, and Does 1-25 as follows:

38. Enter injunctive relief enjoining Defendants from interfering with the discretion of the Menth health and other Medical Professionals involved in Plaintiff's care;

39. Enter injunctive relief declaring DPSCS Gender Dysphoria Policy title: OPS.131.0001 § Section(I.) Article #3 of Subarticle #4 discriminatory making (SRS) unavailable for female inmates, transgender females unconstitutional on their face and as applied;

40. Enter injunctive relief enjoining Defendants to provide Plaintiff with adequate female medical care, including access to appropriate specialists and SRS;

41. Enter injunctive relief enjoining Defendants to provid Plaintiff equal access to dress clothing for Plaintiff wide hips, cosmetic and hygiene female items available to inmates housed in female institutions;

42. Such other relief as the Court finds appropriate in the interests of justice.

Date: October 8th, 2019

Submitted, M.D. Shawntè Anne Burg
#416369

LEAVE TO AMENDED COMPLAINT

17.

43. North Branch Correctional Inst.
    14100 McMullen Highway, S.W.
    Cumberland, MD 21502

## VERIFICATION

I have read the foregoing "Leave to amended complaint" and hereby verify that the matter alleged therein are true, except as to matters alleged on information and belief, and, as to those I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct.

Executed at Cumberland Maryland on October 8, 2019

Ms. Shaunte' Anne Levy #416369
Plaintiff

Case: 8:18-CV-01291-TDC

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this  8th  day of October 2019 a TRUE AND CORRECT COPY of the foregoing Motion Propose Leave Amended Complaint (with) Exhibits 1a Standards of Care, Exhibit 1b Identifiction Treatment and Correctional Management of an Inmate Diagnosed with Gender Dysphoria Policy OPS.131.0001, Exhibit 2a Court order that MDHH issue New Certificate of Live Birth to reflect the change of Ms. Shawnté Anne Levy female sex legally, Exhibit 3a DPSCS approveded female clothing cosmetics and a full commissary list for Ms. Shawnté Anne Levy from David Wolinski, Exhibit 3b DPSCS letter to Ms. Adams about Ms. Shawnté Anne Levy to Warden Frank Bishop, Ms. Levy to receive access female clothing and same female Commissary system, Exhibit 4a Deny female hair brush, Exhibit 4b Deny female hair brush, Exhibit 4c Deny female hair brush, deny Mascara, deny lipstick from Keefe Commissary Network, Ms. Levy access : were sered via first U.S. Postal Service Certified Mail, postage prepaid on:

Clerks' Office for, United States District Court Maryland
Southern District of Maryland
6500 Cherrywood Lane
Greenbelt, MD 20770.

Date: 29 Tishrei 5780
October 7, 2019

Respectfully,

Pro Se, Plaintiff, Ms. Shawnté Anne Levy
#416369. North Branch Correctional Inst.
14100 McMullen Highway, SW. Cumberland, MD 21502

19. LEAVE TO AMENDED COMPLAINT