# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

SHAWNTE ANNE LEVY,

    Plaintiff,

v.

ROBERT L. GREEN, *Secretary for State of Maryland Department of Public Safety and Correctional Services*,
PAT GOINS-JOHNSON,
J. MICHAEL ZEIGLER,
RANDALL S. NERO,
CHRISTOPHER KRAFT,
KEEFE COMMISSARY NETWORK and
DOES 1-25,

    Defendants.

Civil Action No.: TDC-18-1291

## ORDER

On November 2, 2020, Defendants Nero and Green filed a Motion for an Extension of Time to respond to Levy's Amended Complaint to and including December 2, 2020. ECF No. 52. The motion was granted on November 10, 2020. ECF No. 53. Defendant Nero and Green did not file a response to the Amended Complaint by that deadline. However, on March 22, 2021, Defendants Nero and Green filed an Answer together with a Motion for Extension of Time seeking to have their Answer deemed timely. ECF Nos. 60 (Motion to Extend), 61 (Answer). The United States Court of Appeals for the Fourth Circuit has repeatedly expressed a "strong policy that cases be decided on the merits." *United States v. Shaffer Equip. Co.*, 11 F.3d 450, 453 (4th Cir. 1993). The Motion to Extend will therefore be granted, and the Answer filed by Defendants Nero and Green will be accepted as timely filed.

By Order dated September 2, 2020, Defendants were directed to produce documents to Levy relating to the issues alleged in the Amended Complaint, as well as affidavits or other direct evidence of the opinions of Dr. Malek and Dr. Brooks on the question of sex reassignment surgery for Levy, within 30 days of the date of the Order. ECF No. 47. Defendants will be provided with 14 days to provide a report to the Court with a list of documents, affidavits, and all other information provided to Levy and the dates thereof.

The September 2, 2020 Order also directed service on Defendants Green, Goins-Johnson, Zeigler, Nero, Kraft, Keefe Commissary Network and Does 1-25. ECF No. 47. On October 21, 2020, an Assistant Attorney General entered an appearance on behalf of Green and Nero, but service was refused on behalf of the remaining defendants. ECF Nos. 48, 49. In light of Levy's status as a self-represented, incarcerated litigant and the colorable claim she has stated, the Court has an obligation to assist Levy in identifying the correct addresses of these Defendants so that service of process may be effected. *See Gordon v. Leeke*, 574 F.2d 1147, 1152 (4th Cir.1980); *see also Donald v. Cook County Sheriffs Dept.*, 95 F.3d 554-55 (7th Cir. 1996). The Assistant Attorney General shall be ordered to provide the last known home or business address of Defendants Goins-Johnson, Zeigler, and Kraft, solely for purposes of service of process, or, in the alternative, to provide a statement regarding why the addresses are not available. Given confidentiality considerations, personal information regarding all home addresses shall immediately be placed under seal by the Clerk.

Defendant Keefe Commissary Network, LLC is a business registered in Maryland. *See* https://egov.maryland.gov/BusinessExpress/EntitySearch/Search. The Clerk of the Court will be directed to complete the summons and U.S. Marshal form for service on the resident agent for this Defendant.

Since this Court's September 2, 2020 Order directing service of Levy's Complaint on Defendants, Levy has made several additional filings: (1) Motion for Request for Judicial Notice, Request for Leave to Inform the Court, ECF No. 55; (2) Motion for Trial, ECF No. 58; and (3) Motion for Judgment Independent of Case, ECF No. 59. Although Levy has captioned each of these filings differently and as Motions, each either reiterates the allegations already in her operative Complaint or attempts to add to those allegations. The Case Management Order states, "[t]he Court will not accept documents filed as 'supplements' or similar additions to existing filings." Case Mgmt. Order § II.B, ECF No. 19. Here, Levy appears to be attempting through Motions to supplement her Complaint, in violation of the Case Management Order. Levy's filings will therefore be stricken.

Accordingly, it is hereby ORDERED that:

1. The Motion to Extend filed by Defendants Nero and Green, ECF No. 60 is GRANTED and their Answer, ECF NO. 61, is deemed timely FILED.

2. Within 14 days of the date of this Order, Defendants Nero and Green shall PROVIDE a report to the Court with a list of documents, affidavits, and all other information provided to Levy and the dates thereof.

3. Counsel is directed to PROVIDE under seal the last known home or business addresses of Goins-Johnson, Zeigler, and Kraft, for purposes of service of process.

4. The Clerk shall COMPLETE Summons and United States Marshal Service of Process forms for Defendant Keefe Commissary Network, LLC, to serve on: Resident Agent Cogency Global, Inc., 1519 York Rd., Lutherville, Maryland 21093.

5. The Clerk shall ISSUE the Summons and forward same together with a copy of the Amended Complaint, U.S. Marshal form, and a copy of this Order to the U.S. Marshal for service on Keefe Commissary Network, LLC.

6. The U.S. Marshal is DIRECTED to effectuate service of process on Defendant Keefe Commissary Network at the address provided in this Order. If the U.S. Marshal uses U.S. Postal Service delivery to effect service on Defendant, it shall do so by certified mail, restricted delivery.

7. Upon receipt of addresses for Goins-Johnson, Zeigler and Kraft, the Clerk shall TAKE all necessary steps to issue the summonses for these Defendants, and the U.S. Marshal shall EFFECT service of process on these Defendants.

8. Levy's Motion for Request for Judicial Notice, Request for Leave to Inform the Court, ECF No. 55; Motion for Trial, ECF No. 58; and Motion for Judgment Independent of Case, ECF No. 59, are STRICKEN.

9. The Clerk shall SEND a copy of this Order to Levy.

Date: April 14, 2021

THEODORE D. CHUANG
United States District Judge