UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

SHAWNTE ANNE LEVY, *Prisoner Identification No. 416-369/244-247*,     \*

    \*

       Plaintiff,     \*     Civil Action No. TDC-18-1291

DAYENA CORCORAN, *Commissioner*, et al.     \*

    \*

       Defendants.     \*

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### ORDER

Upon consideration of Defendant's Chris Kraft, Ph.D.'s Motion to Extend Time to File a Responsive Pleading, and any response thereto, it is this ____ day of _____, 2022, hereby

**ORDERED** that Defendants' Motion is **GRANTED**; and it is

**FURTHER ORDERED** that Defendant's responsive pleading should be filed on or before April 1, 2022.

_____
THEODORE D. CHUANG
United States District Judge

cc:    Shawnte Anne Levy (416369)
        Lucas W.B. Chrencik, Esq.