UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SHAWNTE ANNE LEVY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ROBERT L. GREEN, et al.,<br><br>　　　　Defendants. | Civil Action No.: TDC-18-1291 |

## JOINT STATUS REPORT

Consistent with this Court's order of February 3, 2022, *see* ECF No. 96, counsel for the parties submit this Joint Status Report to the Court. Counsel for the parties have met and conferred concerning the status of the case and potential next steps. Appointed counsel is in the process of conferring with Ms. Levy and evaluating the most efficient way for the case to proceed.

The parties respectfully propose to submit a further Joint Status Report on or before May 30, 2022.

Dated: May 9, 2022

Motion: Granted 5/9/2022

Theodore D. Chuang
United States District Judge

Respectfully submitted,

*/s/ Edward J. Bennett*
Edward J. Bennett

WILLIAMS & CONNOLLY LLP
725 Twelfth Street N.W.
Washington, DC 20005
Tel: (202) 434-5000
Fax: (202) 434-5029
ebennettt@wc.com

*Counsel for Plaintiff*

1