# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

SHAWNTE ANNE LEVY,

           Plaintiff,

    v.

ROBERT L. GREEN, et al.,

           Defendants.

Civil Action No.: TDC-18-1291

## JOINT STATUS REPORT

Having met and conferred, counsel for the parties submit this Joint Status Report to the Court. Defendant Christopher Kraft intends to stand on his pending Motion to Dismiss and, consistent with the current schedule in the Court's order at ECF No. 104, Plaintiff will oppose the pending Motion on or before June 27, 2022.

Plaintiff and the Maryland Department of Public Safety and Correctional Services have reached a stipulation regarding the most efficient way for this case to proceed with respect to the Department defendants. Plaintiff and the Department are concurrently filing a stipulation and proposed order, and respectfully request that the Court so order the stipulation, which defines the claims and defenses relevant to those defendants.

Plaintiff and the Department defendants propose to exchange preliminary disclosures by June 17, 2022, and will proceed to document discovery with a targeted substantial completion date for document discovery of February 17, 2023. On or before that date, the parties will submit a further Joint Status report to the Court regarding the status of discovery and proposing a subsequent schedule for depositions and expert discovery.

Dated: June 3, 2022

                                                  Respectfully submitted,

*/s/ Edward J. Bennett*
Edward J. Bennett

WILLIAMS & CONNOLLY LLP
725 Twelfth Street N.W.
Washington, DC 20005
Tel: (202) 434-5000
Fax: (202) 434-5029
ebennettt@wc.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 3, 2022, I caused to be filed electronically the foregoing Joint Status Report with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this matter who are on the CM/ECF system.

*/s/ Edward J. Bennett*
Edward J. Bennett
