**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| SHAWNTE ANNE LEVY, #416-369 | * |
| Plaintiff, | * |
| v. | *   Civil No. TDC-18-1291 |
| DAYENA CORCORAN, *Commissioner, et al.* | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO STRIKE APPEARANCE

Please strike the appearance of Dorianne A. Meloy, Assistant Attorney General, on behalf of Dayena Corcoan and Sharon Baucom. Assistant Attorney General Damon A. Pace has previously entered his appearance on behalf of the remaining defendants.

Respectfully submitted,

/s/
DAMON A. PACE
Assistant Attorney General
Federal Bar No. 29939

St. Paul Plaza - 19th Floor
200 St. Paul Place
Baltimore, Maryland  21202
(410) 576-6587 (Telephone)
(410) 576-6880 (Telefax)
E-mail: dpace@oag.state.md.us

Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 29th day of August, 2022, a copy of the foregoing Motion to Strike Appearance were sent electronically via PACER to all counsel of record.

/s/
DAMON A. PACE
Assistant Attorney General