# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| SHAWNTÉ ANNE LEVY,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT L. GREEN, *Secretary for State of Maryland Department of Public Safety and Correctional Services*,<br>PAT GOINS-JOHNSON,<br>J. MICHAEL ZEIGLER,<br>RANDALL S. NERO,<br>CHRIS KRAFT and<br>DOES 1-25,<br><br>    Defendants. | Civil Action No. TDC-18-1291 |

## ORDER

For the reasons stated on the record at the Hearing on November 9, 2022, it is hereby ORDERED that Defendant Chris Kraft's Motion to Dismiss, ECF No. 100, is DENIED. The parties shall file a Joint Motion to Modify the Scheduling Order no later than **14 days** after the date of this Order.

Date: November 9, 2022

THEODORE D. CHUANG
United States District Judge