# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND
# (SOUTHERN DIVISION)

Shawnte Anne Levy,             *

        Plaintiff           *

    v.                           *           Civil Case No. 8:18-cv-01291-TDC

Robert L. Green, et al.,          *

        Defendants         *

## ORDER

On March 1, 2024, the Court held a hearing regarding a dispute between the parties as to the schedule in the case going forward, including but not limited to the timing of Defendants' expert disclosures. ECF Nos. 152 and 154. For the reasons stated on the record, the following deadlines shall govern discovery in the case:

- Defendants' Document Production:   March 8, 2024
- Defendants' First Expert Report:   March 8, 2024
- Defendants' Remaining Expert Reports:   April 15, 2024
- Plaintiff's Rebuttal Report(s):   May 31, 2024
- Close of Discovery:   July 2, 2024
- Addition of Other Defendant(s):   July 9, 2024
- Service of Requests for Admission:   July 16, 2024
- Notice of Intent to File Dispositive Motion:   July 24, 2024

The parties shall submit a post-discovery status report addressing the items outlined in ECF No. 124 on July 2, 2024.

Additionally, Defendants agreed to undertake particular interim measures to ensure the safe and equal treatment of the Plaintiff.

So ordered.

Date: March 1, 2024

_____/s/_____
Ajmel A. Quereshi
U.S. Magistrate Judge