**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

SHAWNTE ANNE LEVY,

    Plaintiff,

v.

CAROLYN J. SCRUGGS,
*in her official capacity as Secretary of the Maryland Department of Public Safety and Correctional Services*, et al.,

    Defendants.

Civil Action No. 18-1291-TDC

## ORDER

On May 23, 2025, this Court granted the parties' Joint Motion to hold this case in abeyance while a settlement agreement is effectuated and ordered the parties to submit status reports every 90 days. ECF No. 223. On November 6, 2025, the parties filed a Joint Status Report. ECF No. 230. Upon review of the Joint Status Report, it is hereby ORDERED that within **7 days** of the date of this Order:

1. The parties shall submit a copy of the settlement agreement.

2. The parties shall submit a detailed report as to which parts of the settlement agreement have been completed, which parts of the settlement agreement remain to be completed, and the timeline for completing the parts of the settlement agreement that are not yet completed.

Date: January 8, 2026



THEODORE D. CHUANG
United States District Judge